1-8-25

FILED
Jan 27 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ GloriaVocal    DEPUTY

I Mailed a 42 1983 action against a Defendant named "Core Civic" and "Michael Hagemann".

Please Summarily dismiss it. I was able to get a copy of the trial record.

Respectfully Submitted

Dantea Cooper
CDC#BT9633

NAME: Jamea Cooper  CDCR#: 374633
HOUSING UNIT: D5 127
P.O. BOX: 5007
CALIPATRIA, CA 92233

Legal Mail

RECEIVED
JAN 27 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Southern US District
333 W Broadway
San Diego, CA
92101

**INDIGENT INMATE ENVELOPE**
**GENERATED AT CALIPATRIA STATE PRISON**

US POSTAGE PITNEY BOWES
23 JAN 2025 PM 6
ZIP 92233 $000.69
0000339287 JAN 22 2025

A Cibrian  39607   01-21-25

Case 3:24-cv-02442-BEN-BLM   Document 4   Filed 01/27/25   PageID.69   Page 3 of 3

A Cibrian  39607   01-21-25